**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1945**

---

JOHN PAUL TURNER,

                                    Plaintiff - Appellant,

        versus

FEDERAL BUREAU OF INVESTIGATION; VIRGINIA
DEPARTMENT OF CORRECTIONS; VIRGINIA STATE
POLICE; U.S. DRUG ENFORCEMENT AGENCY; UNITED
STATES POSTAL SERVICE; AUGUSTA COUNTY SHER-
IFF'S DEPARTMENT; UNITED STATES FOREST SER-
VICE; INTERNAL REVENUE SERVICE; THE UNITED
STATES DEPARTMENT OF EDUCATION; VIRGINIA DE-
PARTMENT OF SOCIAL SECURITY; UNITED STATES
DEPARTMENT OF AGRICULTURE; BUREAU OF ALCOHOL,
TOBACCO AND FIREARMS; UNITED STATES MILITARY;
VETERANS ADMINISTRATION; COUNTY OF AUGUSTA;
CITY OF STAUNTON, VIRGINIA,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (MISC-00-29-7)

---

Submitted:  August 24, 2000          Decided:  August 29, 2000

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order finding that he had not complied with a prefiling injunction and denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Turner v. FBI, No. MISC-00-29-7 (W.D. Va. June 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED